FILED'09 FEB 17 16:39USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Farmers Supply Cooperative Inc.,

        Plaintiff,

v.

American International Specialty
Lines Insurance Company,

        Defendant.

No. CV 07-1832 BR

**ORDER
OF DISMISSAL**

The Stipulation (#20) of the parties is APPROVED, and

THIS MATTER IS DISMISSED with prejudice and without costs or fees to any party.

Dated this ___17th___ day of February, 2009.

_____
Anna J. Brown
United States District Judge

ORDER OF DISMISSAL